IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS (Herbert S.K. Kaopua, Sr., Robert M. Fernandez, Lovell K. Ka'opua, Sr., Patrick K. Kanekoa, Kent A. Matsuzaki, and Mark K. Suzuki), by and through their Administrator, PATSY T. SHIMIZU,<br><br>         Plaintiff(s),<br><br>    vs.<br><br>AFFORDABLE PLUMBING, INC.,<br><br>         Defendant(s).<br>_____ | CV 06-00328 SPK-LEK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

A Finding and Recommendation having been filed and served on all parties on November 28, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Finding and Recommendation to Enter Default Judgment Against Defendant" is adopted as the

opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: December 21, 2006.



    _____
    Samuel P. King
    Senior United States District Judge

Trustees of the PAMCAH-UA Local 675 Trust Funds et al. v. Affordable Plumbing, Inc., Civ. No. 06-00328SPK/LEK, Order Adopting Findings and Recommendation.